

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2022

No. 04-22-00664-CR

Alan **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR6797
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On November 14, 2022, attorney Steven Gilmore filed a motion for leave to withdraw as counsel for appellant Alan S. Perez. Gilmore explains that the trial court dismissed the underlying cause on September 16, 2022. This motion appears to be premature. Appellant has not yet filed a motion to dismiss this appeal. Any such motion must satisfy the requirements of Texas Rule of Appellate Procedure 42.2(a). TEX. R. APP. P. 42.2(a). Accordingly, we **DENY** the motion for leave to withdraw.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court